JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alvan Chiemezie Asieru,<br><br>        Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>        Defendant. | Case No. **CV 12-10527-JFW**<br>        [CR09-457-JFW]<br><br>**JUDGMENT** |

    Pursuant to this Court's May 9, 2013 Order denying Petitioner Alvan Chiemezie Asieru's motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: May 9, 2013

                                        JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE